**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROBERT BRUNETTO,** *on his own behalf and others similarly situated*,

        **Plaintiff,**

-vs-                                                       **Case No. 6:07-cv-62-Orl-22KRS**

**ALPHA ENVIRONMENTAL MANAGEMENT CORP., JOHN J. MANDATO, and ANDREW A. REITZEL,**

        **Defendants.**
_____

**ORDER**

This cause is before the Court on the Joint Motion for Approval of Settlement Agreement and to Dismiss Case With Prejudice (Doc. No. 20) filed on April 6, 2007, and on Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. No. 25) filed May 14, 2007.

The United States Magistrate Judge has submitted a report recommending that the Court find that the settlement is not a "fair and reasonable resolution of a bona fide dispute over FLSA provisions."

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed May 8, 2007 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.      The Joint Motion for Approval of Settlement Agreement (Doc. No. 20) is **DENIED**.

    3.      The Court will construe Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. No. 25) as a Motion to Dismiss With Prejudice. The Motion to Dismiss With Prejudice is **GRANTED**. This case is hereby **DISMISSED WITH PREJUDICE**.

    4.      The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 29, 2007.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record